```
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8942
      Facsimile: (415) 744-0134
      E-Mail: scott.borrowman@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JENNIFER ANN CONLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-cv-00944-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from February 22, 2017, to March 24, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because the undersigned accepted a position outside government and the office is in the process of reassigning my workload to attorneys in the office.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  January 25, 2017

Respectfully submitted,
*/s/ Nathaniel Riley*
(As authorized via email on January 25, 2017)
OLINSKY LAW GROUP
Attorneys for Plaintiff

Dated:  January 25, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Scott J. Borrowman*
SCOTT J. BORROWMAN
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, Defendant's Opposition shall be filed no later than **March 24, 2017**.  Any reply shall be filed within fifteen (15) days of the filing of the opposition.

IT IS SO ORDERED.

Dated:  **January 30, 2017**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2