**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JENNIFER ANN CONLEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | ) Case No.: 1:16-CV-00944-GSA<br>)<br>) ORDER GRANTING EX PARTE<br>) APPLICATION FOR LEAVE TO FILE<br>) LATE BRIEF<br>)<br>) (Doc. 20)<br>)<br>)<br>)<br>)<br>) |

On March 27, 2017 Defendant filed an ex parte application to file a late opposition brief. (Doc. 20). The Commissioner has established good cause for the request, and the application is unopposed by Plaintiff. Accordingly, the application is GRANTED. The Commissioner shall file its opposition no later than March 28, 2017. Any reply shall be due within fifteen days of the filing of the opposition.

IT IS SO ORDERED.

　Dated: __**March 28, 2017**__　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1